UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE ROMAN HOLGUIN,<br><br>        Petitioner,<br><br>    v.<br><br>ON HABEAS CORPUS,<br><br>        Respondent. | No. 1:19-cv-00380-SKO (HC)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>**(Doc. 3)** |

        Petitioner, Felipe Roman Holguin, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and now moves for appointment of counsel.

        In federal habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases. Petitioner contends that the Court should appoint counsel based on his indigence. Because nearly all prisoners share this same characteristic, Petitioner, who has competently submitted a petition, alleges no basis by which the Court may appoint counsel on his behalf.

        Petitioner's motion for appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

1

Dated: **April 1, 2019**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE