UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE ROMAN HOLGUIN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN CUEVAS,<br><br>Respondent. | No. 1:19-cv-00380-LJO-SKO (HC)<br><br>**ORDER DENYING MOTION FOR STAY AND ABEYANCE**<br><br>**(Doc. No. 13)** |

On March 22, 2019, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 30, 2019, the Magistrate Judge assigned to the case issued Findings and Recommendation to summarily dismiss the petition without prejudice for failure to exhaust state remedies. (Doc. No. 10.) The Findings and Recommendation was served upon all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. Over thirty days passed and no party filed objections. On June 13, 2019, the Court adopted the Findings and Recommendations in full and dismissed the petition without prejudice. (Doc. No. 11.) Judgment was entered on the same date and the case was terminated. (Doc. No. 12.)

On August 16, 2019, Petitioner filed a motion to stay proceedings. (Doc. No. 13.) Insofar as the case was terminated on June 13, 2019, there are no proceedings to stay. Therefore,

1

Petitioner's motion is DENIED.  Petitioner is reminded that dismissal of the case was without prejudice to filing a new petition once state remedies have been exhausted.

IT IS SO ORDERED.

Dated: __**August 19, 2019**__  __/s/ Lawrence J. O'Neill__
UNITED STATES CHIEF DISTRICT JUDGE